# Court of Appeals
# of the State of Georgia

ATLANTA, _____June 07, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0395. TOREY M. FOWLER v. THE STATE.**

In 2006, Torey Fowler pled guilty to possession of cocaine with intent to distribute, four counts of possession of cocaine with intent to distribute within 1,000 feet of a housing project, two counts of possession of cocaine with intent to distribute within 1,000 feet of a school, driving with a suspended license, and operating a motor vehicle without a valid license plate. We affirmed the trial court's denial of his motion for an out-of-time appeal and motion to withdraw his guilty plea in an unpublished opinion. *Fowler v. State*, A15A0624 (decided April 14, 2015). The trial court subsequently revoked Fowler's probation in 2012. Three years later, Fowler filed an application for discretionary appeal from his probation revocation, which we dismissed as untimely. *Fowler v. State*, Case No. A16D0252 (dismissed February 19, 2016). On April 19, 2016, Fowler filed an application for discretionary appeal in the Supreme Court, seeking review of a July 14, 2014 order denying several pro se motions. The Supreme Court transferred the case to us. We, however, lack jurisdiction.

As Fowler knows from our order dismissing his last application, an application for discretionary review must be filed within 30 days of the order to be appealed. OCGA § 5-6-35 (d). The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012). Here, Fowler filed his application nearly two years after entry of the order he seeks to appeal. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/07/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*